

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Illinois*

*Nine Executive Drive*                          *(618) 628-3700*
*Fairview Heights, Illinois  62208-1344*     *FAX (618) 622-3810*

November 2, 2011

Ross T. Anderson, Esq.
412 Missouri Avenue
East St. Louis, IL 62201-3016

       Re:    *Helm v. United States of America*
                SDIL cause number 10-cv-00906-WDS-PMF

Dear Mr. Anderson,

       The purpose of this letter is to memorialize our settlement agreement reached in the above-styled case.

       The United States has agreed to pay to you the sum of five hundred thousand dollars ($500,000.00) in complete settlement and release of any and all claims against the United States of America.  This is subject, of course, to execution of the standard settlement agreement form used by the Department of Justice in its civil cases, approval by the appropriate Probate Court, and your agreement to secure a finding that this settlement is in "good faith" from both the State Court and Federal Court Judges involved.  Of course, this settlement is to represent the United States portion of responsibility as a joint tort feasor and is not meant in any way to compromise your claims against any other persons or parties who might be liable to your client.

       If you have any questions concerning this understanding, please do not hesitate to contact me.

                       Very truly yours,

                       STEPHEN R. WIGGINTON
                       United States Attorney

                       JAMES L. PORTER
                       Assistant United States Attorney

SO AGREED:

Ross T. Anderson, Esq.
Attorney for Plaintiff

JLP:me



EXHIBIT

A